AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL S. BROWETT,

                    Plaintiff,

      v.

CITY OF RENO,

                    Defendant.

AMENDED JUDGMENT IN A CIVIL CASE

Case Number  3:16-cv-0181-RCJ-WGC

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Motion for Leave to File Motion for Entry of Judgment (ECF No. 69) is GRANTED, and the Motion for Entry of Judgment (ECF No. 69-1) is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED AND ADJUDGED that the Renewed Motion to Quash (ECF No. 67) is GRANTED. Plaintiff obtained a verdict on the relevant claim(s) without the subpoenaed information, and the subpoenaed information is not relevant to damages, fees, or costs.

IT IS FURTHER ORDERED AND ADJUDGED that the Motion for Attorney's Fees (ECF No. 70) is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in favor of Michael Browett and against the City of Reno **on the claim under 29 U.S.C. § 2615(a)(2)**, as follows: $110,406.00 in back pay; $2,251.65 in prejudgment interest; $112,657.65 in liquidated damages; $900,468.00 in front

AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

pay; $250,445.00 in attorney's fees; $14,550.00 in expert witness fees; and post-judgment interest of $85.35

per day from the date of judgment.

**IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in favor of the City**

**of Reno and against Michael Browett on the claim under 29 U.S.C. § 2615(a)(1).**

Date: <u>July 25, 2018</u>                              <u>DEBRA K. KEMPI</u>
                                                                 Clerk



                                                                 <u>/s/W. Julian        </u>
                                                                 Deputy Clerk