# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| MICHAEL S. BROWETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF RENO, ) <br> ) <br> Defendant. ) | 3:16-cv-00181-RCJ-WGC <br><br> **ORDER** |

This case arises out the denial of a police Sergeant's rights under the Family and Medical Leave Act of 1993 ("FMLA") and the police department's refusal to promote him to Lieutenant after he complained. The Court has entered judgment and granted in part a renewed motion for judgment as a matter of law, amending the judgment in a way not affecting the amount. Plaintiff has now asked the Court to further amend the judgment to add costs (as taxed by the Clerk without challenge), as well as attorney's fees incurred defending the renewed motion for judgment as a matter of law. An opposition was due on August 10, 2018. Defendant has not timely opposed the motion or requested an extension as of August 13.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Amend Judgment (ECF No. 88) is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall amend the first amended judgment (ECF No. 87) to reflect the following amounts: $110,406.00 in back pay; $2,251.65 in pre-judgment interest; $112,657.65 in liquidated damages; $900,468.00 in front pay; $257,420.00 in attorney's fees; $14,550.00 in expert witness fees; $4,573.08 in costs; and post-judgment interest of $86.06 per day from the date of the second amended judgment.

IT IS SO ORDERED.

Dated this 28th day of August, 2018.

_____
ROBERT C. JONES
United States District Judge