KARL S. HALL
Reno City Attorney
MARK W. DUNAGAN
Deputy City Attorney
Nevada State Bar No. 10574
P. O. Box 1900
Reno, Nevada 89505
(775) 334-2050
Email: dunaganm@reno.gov
*Attorneys for the City of Reno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL S. BROWETT, | Case No.: 3:16-CV-00181-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE STATUS CONFERENCE** |
| CITY OF RENO, a municipal corporation organized and existing under the laws of the State of Nevada, and DOES 1 through 20, inclusive, | |
| Defendants. / | |

IT IS HEREBY ORDERED to continue the Status Conference set by the Court for November 17, 2020 at 10:00 a.m. to 10:00 A.M., December 15, 2020.

DATED this <u>13th</u> day of November, 2020.

_____
United States District Judge