UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL S. BROWETT,<br><br>　　　　Plaintiff,<br>vs.<br><br>CITY OF RENO, a municipal corporation organized and existing under the laws of the State of Nevada, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.　　　　／ | Case No.: 3:16-CV-00181-RCJ-WGC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, having reached an agreement on all outstanding issues, do therefore stipulate to the dismissal of this action with prejudice.

DATED this 13th day of October, 2021.　　　DATED this 13th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　KARL S. HALL
　　　　　　　　　　　　　　　　　　　　　　Reno City Attorney

By:　*/s/ Jack D. Campbell*　　　　　　　　By:　*/s/ Mark W. Dunagan*
　　　JACK D. CAMPBELL　　　　　　　　　　MARK W. DUNAGAN
　　　4790 Caughlin Pkwy #420　　　　　　　Deputy City Attorney
　　　Reno, Nevada 89519　　　　　　　　　Post Office Box 1900
　　　(775) 219-6699　　　　　　　　　　　Reno, Nevada 89505
　　　*Attorney for Plaintiff*　　　　　　　　(775) 334-2050
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for City of Reno*

IT IS SO ORDERED this 21st day of October, 2021.

_____
ROBERT C. JONES
Unites States District Court Judge

-1-